IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marisol Mendoza,<br><br>　　　　　　Petitioner,<br>v.<br><br>William Barr, et al.,<br><br>　　　　　　Respondents. | No. CV-20-00514-PHX-SPL (MTM)<br><br>**ORDER** |

Respondents have moved for permission to file a Response to the Amended Petition for Writ of Habeas Corpus in excess of the page limitation. (Doc. 24.) Finding good cause appearing, and no opposition from Petitioner, the motion will be granted.

**IT IS ORDERED** that Respondents' Unopposed Motion to File a Responsive Pleading in Excess of 17 Pages (Doc. 24) is **granted**. The Clerk of Court shall file the lodged Response to the Amended Petition for Writ of Habeas Corpus (Doc. 25).

Dated this 13th day of April, 2020.

　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　United States District Judge