MW

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marisol Mendoza,<br><br>            Petitioner,<br><br>v.<br><br>William Barr, et al.,<br><br>            Respondents. | No. CV-20-00514-PHX-SPL (MTM)<br><br>**ORDER** |

      Pursuant to the Court's June 18, 2020 Order (Doc. 55), and on review of the parties' proposed forms of order (Doc. 58),

**IT IS ORDERED:**

      (1)    Petitioner shall receive a medical examination once daily, during which her vitals shall be taken. Petitioner shall have her vitals taken a second time daily unless deemed medically unnecessary based on the daily examination.

      (2)    While she is housed in Bravo 600, at least once every six hours, or more frequently if medically necessary, medical personnel shall enter Petitioner's cell to determine whether she requires further medical assistance.

      (3)    Petitioner shall receive a mental health examination no later than by June 24, 2020, using the Columbia Suicide Severity Rating Scale ("CSSRS"). Thereafter, based on the examination, shall receive further mental health assessments, including CSSRS, as deemed medically necessary. She shall continue to receive her antidepressants as prescribed and further mental health care as prescribed, or medically necessary.

  (4) Petitioner shall be educated on COVID-19 symptoms that are associated with post-infection risk of medical decline and advised to inform staff should she experience any such symptoms.

  (5) The parties shall file a joint status report within **14 days** of the date of this Order.

  **IT IS FURTHER ORDERED** that Petitioner's unopposed Motion to Extend Time (Doc. 56) is **granted** and the parties' Joint Proposed Order (Doc. 58) is accepted as filed.

  Dated this 19th day of June, 2020.

Honorable Steven P. Logan
United States District Judge