MW

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marisol Mendoza,<br><br>    Petitioner,<br><br>v.<br><br>William Barr, et al.,<br><br>    Respondents. | No. CV-20-00514-PHX-SPL (MTM)<br><br>**ORDER** |

  On July 23, 2020, Petitioner filed an "Emergency Motion for Immediate Release or Order to Show Cause Why Immediate Release Should Not Be Granted." (Doc. 67.) In the Motion, Petitioner claims in relevant part that her "prolonged placement [in] solitary confinement exacerbates mental health conditions, weakens immune systems, and subjects [her] to unnecessary and unlawful pain and suffering," and "[e]ven if [she] is returned to the general population, she will continue to suffer serious harm amounting to prohibited punishment," and she "must therefore be immediately released from custody."

  On August 3, 2020, Petitioner filed a Reply in support of her Motion, in which she now claims that she should be released because Respondents have violated the Court's May 19, 2020 Order. She attaches several supporting declarations to her Reply. (Doc. 79.) Having reviewed the filings,

. . . .

. . . .

. . . .

1       **IT IS ORDERED** that Respondents shall have until **August 10, 2020** to file a sur-
2 reply to Petitioner's Reply (Doc. 79).
3       Dated this 4th day of August, 2020.

                                            Honorable Steven P. Logan
                                            United States District Judge